*Frederick Collin* and *Frederick E. Hawkes* for appellant.
*Clayton R. Lusk* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Not voting: HISCOCK, Ch. J.

---

GEORGE T. HORTON et al., Individually and as Trustees of the Estate of HORACE E. HORTON, Deceased, Respondents, *v.* WILLIAM H. REYNOLDS, Appellant.

*Contract — guaranty — action to recover upon contract of guaranty of corporate bonds — defense of laches in demanding payment and making tender of bonds.*

Horton v. Reynolds, 208 App. Div. 841, affirmed.
(Argued December 3, 1924; decided December 19, 1924.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 21, 1924, unanimously affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court. The action was to recover upon a contract of guaranty whereby the defendant expressly guaranteed the payment of certain corporate bonds within two years at ninety. The defense was that at the expiration of the two years the market value of the bonds was greater than ninety but that the holder thereof neglected to demand payment and made no tender of the bonds nor demand upon defendant until several years thereafter at which time the corporation was insolvent and the bonds worthless.

*Alvin C. Cass* for appellant.
*Roy Guthman* and *R. M. S. Putnam* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: CARDOZO and McLAUGHLIN, JJ.